UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| IN RE: ) | |
| ROBERT EARL PIGG ) | BANKRUPTCY NO. 10-40195-REG |
| ANGELA ROCHELLE PIGG ) | CHAPTER 7 |
|    DEBTORS. ) | |

## NOTICE OF DEPOSIT OF SMALL DIVIDEND

Comes now the Trustee, Kimberly A. Wright, and advises that dividends to the below-listed creditors were less than $5.00 each:

Claim #14      GE Money Bank      $4.03
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami, FL 331311605

Respectfully submitted,

/s/ Kimberly A. Wright
Kimberly A. Wright, Trustee
P.O. Box 377
Lafayette, IN 47902
Telephone: (765) 742-7259
Facsimile: (765) 742-6868
Email: kimberly.gilbert1@frontier.com

## CERTIFICATE OF SERVICE

I certify that on August 22, 2011, service of a true and complete copy of the foregoing pleading was made upon:

1. U. S. Trustee, 100 East Wayne Street, Suite 555,  South Bend, Indiana, 46601
2. Laura R. Rochet, 55 E. Monroe Street, Suite #34, Chicago, IL 60603-5710
3. GE Money Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120 Miami, FL 33131-1605

by depositing the same in the United States Mail in an envelope properly addressed and with sufficient first class postage affixed, or by electronic mail.

/s/ Kimberly A. Wright
Kimberly A. Wright